UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-5371
_____

CHRIS G. ALEVRAS,

          Appellant

v.

JOSEPH TACOPINA,
TAMA BETH KUDMAN,
JOSEPH BENFANTE, Individually, jointly and severally

_____

Appeal from the United States District Court
for the District of New Jersey
(D.C. Civ. No. 03-cv-03780)
District Judge: Honorable William H. Walls
_____

Submitted Under Third Circuit LAR 34.1(a)
February 26, 2007

Before: MCKEE and ALDISERT, Circuit Judges, RESTANI[*], Judge

_____

**JUDGMENT**
_____

---

[*] Honorable Jane A. Restani, Chief Judge of the United States Court of International Trade, sitting by designation.

This cause was submitted on the briefs in accordance with Third Circuit LAR 34.1(a) on February 26, 2007.

On consideration whereof, the sentence imposed by the District Court is AFFIRMED.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: April 6, 2007

**Certified as a true copy and issued in lieu of a formal mandate on April 30, 2007**

**Teste: /s/ Marcia M. Waldron**

**Clerk, U.S. Court of Appeals for the Third Circuit.**